# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CECIL LAMAR HALL,<br>    *Petitioner*,<br><br>vs.<br><br>DIRECTOR DEPARTMENT OF CORRECTIONS,<br>    *Respondent*. | 2:08-cv-01825-GMN-GWF<br><br>ORDER |

Respondents' motion [Doc. 31] for enlargement of time is GRANTED IN PART and DENIED IN PART such that the time for Respondents to respond in the manner directed in the prior Order [Doc. 30] is extended up to and including Friday, July 1, 2011. As indicated at the end of the prior order, the Court needs to move this case with dispatch, such that this case needs to be prioritized ahead of later-filed cases absent extraordinary circumstances.

DATED this 14th day of June, 2011.

_____
Gloria M. Navarro
United States District Judge