# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CECIL LAMAR HALL,

    Petitioner,

vs.

DIRECTOR, DEPARTMENT OF CORRECTIONS,

    Respondent.

Case No. 2:08-cv-01825-GMN-GWF

**ORDER**

This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 4, 2012, this court granted a stay and administratively closed petitioner's federal habeas corpus action so that he could exhaust certain grounds in his first amended petition (ECF #37).

Petitioner's further state-court proceedings have concluded, and petitioner, through counsel, has now returned to this court seeking to reopen this case and seeking leave to file a second amended petition (ECF #40). Petitioner has filed supplemental exhibits (ECF #s 42, 43) and asks that the supplemental exhibits be linked to his first amended petition at ECF #18 already on file with the court. Respondents filed their non-opposition to the motion (ECF #44). Good cause appearing, this action is reopened and the court now sets a further briefing schedule.

**IT IS THEREFORE ORDERED** that petitioner's motion to reopen this action (ECF #40) is **GRANTED**.

**IT IS FURTHER ORDERED** that, as the stay is lifted by this order, the Clerk shall **REOPEN THE FILE** in this action.

**IT IS FURTHER ORDERED** that petitioner's unopposed motion for leave to file exhibits under seal (ECF #41) is **GRANTED**.

**IT IS FURTHER ORDERED** that, as requested by petitioner, the supplemental exhibits filed at ECF #s 42 and 43 are **ACCEPTED** as supplemental exhibits to the first amended petition (ECF #18).

The Clerk of Court **SHALL LINK** the supplemental exhibits (ECF #s 42, 43) to the first amended petition (ECF #18) on the CM/ECF docket in this action.

**IT IS FURTHER ORDERED** that petitioner shall have **sixty (60)** days from the date of this order to file and serve his second amended petition.

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days following service of the second amended petition within which to answer, or otherwise respond to, the second amended petition.

**IT IS FURTHER ORDERED** that petitioner shall have **forty-five (45) days** following service of the answer to file and serve a reply brief. If a dispositive motion is filed in response to the first amended petition, the parties shall brief the motion in accordance with Local Rule 7-2.

**IT IS FURTHER ORDERED** that the parties **SHALL SEND** courtesy (paper) copies of any further exhibits filed in this action to the **Reno** Division of this Court. Courtesy copies shall be mailed to the Clerk of Court, 400 S. Virginia St., Reno, NV, 89501, and directed to the attention of "Staff Attorney" on the outside of the mailing address label.

**DATED** this 5th day of February, 2015.

Gloria M. Navarro, Chief Judge
United States District Court